UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LARRY DONNELL HARBISON
            Plaintiff(s)
    v.                                      **Judgment in a Civil Case**
NC DEPT CORRECTION; PROCTOR &
GAMBLE/FIXODENT
            Defendant(s)              Case Number: 5:10-CT-3159-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on February 4, 2011, with service on:
Larry Donnell Harbison 0165847, Maury Correctional Institution, P.O. Box 506. Maury, NC 28554 (via U.S. Mail)

February 4, 2011                                                      /s/ Dennis P. Iavarone
                                                                           Clerk